0044-2M-EPIEXX-00279732-157052

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

In re:  JANISIA LANICE KIMBROUGH                                              Case No.:  22-02339-JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Harold J. Barkley,Jr., chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  11/09/2022.
2) The plan was confirmed on  03/08/2023.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was dismissed on  03/03/2025.
6) Number of months from filing or conversion to last payment:  27.
7) Number of months case was pending:  33.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $37,524.50 | |
| Less amount refunded to debtor: | $4,065.49 | |
| **NET RECEIPTS:** | | $33,459.01 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,630.89 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $3,752.74 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $7,383.63 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA CASH ADVANCE CE | Unsecured | 2,915.27 | 2,915.27 | 2,915.27 | 1,166.16 | .00 |
| ADVANCE FINANCIAL ADMINISTRATION | Unsecured | 3,160.67 | 3,932.87 | 3,932.87 | 1,573.20 | .00 |
| AFFIRM, INC. | Unsecured | 186.00 | NA | NA | .00 | .00 |
| AFFIRM, INC. | Unsecured | 184.00 | NA | NA | .00 | .00 |
| AFFIRM, INC. | Unsecured | 144.00 | NA | NA | .00 | .00 |
| AFFIRM, INC. | Unsecured | 142.00 | NA | NA | .00 | .00 |
| AFFIRM, INC. | Unsecured | 126.00 | NA | NA | .00 | .00 |
| AFFIRM, INC. | Unsecured | 86.00 | NA | NA | .00 | .00 |
| AFFIRM, INC. | Unsecured | 69.00 | NA | NA | .00 | .00 |
| ALLSTATE | Unsecured | 286.00 | NA | NA | .00 | .00 |
| ASCENDIUM EDUCATION SOLUTIONS, I | Unsecured | 5,791.00 | 22,302.37 | 22,302.37 | .00 | .00 |
| AVANT LLC/WEB BANK | Unsecured | 672.00 | NA | NA | .00 | .00 |
| BLUEFROG | Unsecured | 356.83 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:  JANISIA LANICE KIMBROUGH                               Case No.:  22-02339-JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BMG MONEY | Unsecured | 2,056.00 | NA | NA | .00 | .00 |
| CAP COM BANK/LENDY, LLC | Unsecured | 2,104.00 | NA | NA | .00 | .00 |
| CASH CENTRAL | Unsecured | 270.00 | NA | NA | .00 | .00 |
| CONTINENTAL FINANCE | Unsecured | 698.00 | NA | NA | .00 | .00 |
| CONTINENTAL FINANCE COMPANY | Unsecured | 666.00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SERVICES | Unsecured | 286.00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 797.00 | 839.47 | 839.47 | 839.47 | .00 |
| Department of Treasury - | Priority | 3,200.00 | 3,433.90 | 3,423.71 | 1,369.44 | .00 |
| Department of Treasury - | Unsecured | NA | 10.19 | 10.19 | 10.19 | .00 |
| DESTINY | Unsecured | 849.90 | NA | NA | .00 | .00 |
| FINEDAY FUNDS | Unsecured | 1,017.59 | NA | NA | .00 | .00 |
| FLEX LENDING LLC | Unsecured | 1,088.00 | 780.71 | 780.71 | 780.71 | .00 |
| GET LENDY | Unsecured | 1,855.00 | NA | NA | .00 | .00 |
| GLOBAL LENDING SERVICES LLC | Secured | 18,710.00 | 19,073.17 | 19,073.17 | 6,840.71 | 2,223.37 |
| HOPE FEDERAL CREDIT UNION | Unsecured | 2,427.00 | 2,490.90 | 2,490.90 | 996.48 | .00 |
| INDIGO | Unsecured | 578.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| JD RECEIVABLES, LLC | Unsecured | .01 | 1,672.12 | .00 | .00 | .00 |
| KIKOFF LENDING, LLC | Unsecured | 19.00 | NA | NA | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | 716.00 | 755.95 | 755.95 | 755.95 | .00 |
| MEMBERS EXCHANGE CREDIT UNION | Unsecured | 1,080.75 | 1,080.75 | 1,080.75 | 432.48 | .00 |
| MISSISSIPPI TITLE LOANS, INC | Unsecured | .01 | 972.29 | 972.29 | 388.80 | .00 |
| MS TITLE LOAN | Unsecured | 800.00 | NA | NA | .00 | .00 |
| NATIONAL CREDIT ADJUSTERS, LLC | Unsecured | 1,812.11 | 1,819.99 | 1,819.99 | 727.92 | .00 |
| NAVIENT | Unsecured | 5,087.00 | NA | NA | .00 | .00 |
| NAVIENT | Unsecured | 3,862.00 | NA | NA | .00 | .00 |
| NELNET | Unsecured | 5,117.00 | NA | NA | .00 | .00 |
| NELNET | Unsecured | 4,145.00 | NA | NA | .00 | .00 |
| NELNET | Unsecured | 2,327.00 | NA | NA | .00 | .00 |
| NELNET | Unsecured | 7,777.00 | 11,471.85 | 11,471.85 | .00 | .00 |
| PERITUS PORTFOLIO II, LLC | Unsecured | 2,440.00 | 2,971.14 | 2,971.14 | 1,188.48 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 652.00 | 501.07 | 501.07 | 501.07 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 599.00 | 527.48 | 527.48 | 527.48 | .00 |
| PREMIER BANK CARD | Unsecured | 666.00 | NA | NA | .00 | .00 |
| PREMIER BANKCARD, LLC | Unsecured | 556.00 | 556.51 | 556.51 | 556.51 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 915.00 | 915.32 | 915.32 | 366.00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 578.00 | 630.00 | 630.00 | 630.00 | .00 |
| RENASANT BANK | Unsecured | 129.00 | NA | NA | .00 | .00 |
| REPUBLIC FINANCE, LLC | Secured | 6,929.00 | 5,994.69 | 1,500.00 | 537.94 | 174.86 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: JANISIA LANICE KIMBROUGH                              Case No.: 22-02339-JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| REPUBLIC FINANCE, LLC | Unsecured | NA | 4,494.69 | 4,494.69 | 1,797.84 | .00 |
| SEZZLE | Unsecured | 129.00 | NA | NA | .00 | .00 |
| SIMPSON LAW FIRM | Unsecured | NA | NA | NA | .00 | .00 |
| SPOT LOAN CHECK CASHING | Unsecured | 1,230.17 | NA | NA | .00 | .00 |
| STATEWIDE FED CREDIT UNION | Unsecured | 1,012.00 | NA | NA | .00 | .00 |
| STATEWIDE FED CREDIT UNION | Unsecured | 1,000.00 | NA | NA | .00 | .00 |
| STATEWIDE FED CREDIT UNION | Unsecured | 953.00 | NA | NA | .00 | .00 |
| SUN TRUST BK - TRUIST BK, DDA REC | Unsecured | .01 | 247.92 | 247.92 | 247.92 | .00 |
| SURGE | Unsecured | 666.57 | NA | NA | .00 | .00 |
| TAB BANK | Unsecured | 791.00 | NA | NA | .00 | .00 |
| TOWER LOAN OF PEARL | Secured | 2,766.00 | 3,323.85 | 1,500.00 | 537.94 | 174.86 |
| TOWER LOAN OF PEARL | Unsecured | NA | 1,823.85 | 1,823.85 | 729.60 | .00 |
| US ATTORNEY GENERAL | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 8,782.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 27,601.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | NA | NA | NA | .00 | .00 |
| VERVE | Unsecured | 698.00 | NA | NA | .00 | .00 |

0044-2M-EPIEXX-00279732-157052

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: JANISIA LANICE KIMBROUGH      Case No.: 22-02339-JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO | Unsecured | 149.41 | NA | NA | .00 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 19,073.17 | 6,840.71 | 2,223.37 |
| All Other Secured: | 3,000.00 | 1,075.88 | 349.72 |
| **TOTAL SECURED:** | 22,073.17 | 7,916.59 | 2,573.09 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 3,423.71 | 1,369.44 | .00 |
| **TOTAL PRIORITY:** | 3,423.71 | 1,369.44 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 62,040.59 | 14,216.26 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $7,383.63 |
| Disbursements to Creditors: | $26,075.38 |
| **TOTAL DISBURSEMENTS:** | $33,459.01 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/22/2025      By: /s/Harold J. Barkley,Jr.
                                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.